NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

UNITED STATES,
*Plaintiff-Appellee,*

v.

TREK LEATHER, INC.,
*Defendant,*

AND

HARISH SHADADPURI,
*Defendant-Appellant.*

---

2011-1527

---

Appeal from the United States Court of International Trade in case no. 09-CV-0041, Senior Judge Nicholas Tsoucalas.

---

ON MOTION

---

ORDER

Upon consideration of Harish Shadadpuri's unopposed motion for leave to file a supplemental joint appendix with appendix attached,

IT IS ORDERED THAT:

The motion is granted. The supplemental joint appendix is accepted.

FOR THE COURT

AUG 16 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Stephen Carl Tosini, Esq.
John J. Galvin, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 16 2012

JAN HORBALY
CLERK